# Exhibit 2

# FOIA request of Ms. Amara Emuwa

```
FOIA Officer for US-CIS
Lee's Summit, MO 64064-8010
Fax: [816] 350-5785      <USCIS.FOIA@USCIS.DHS.GOV>
```

FOIA Request for Amara Akuoma Emuwa

Dear Sir or Madam:

Louise Trauma Center is a "third party" making a request for records of the individual named above. This individual agrees that his/her records may be released to us.

Louise Trauma Center hereby requests:

- a copy of the assessment written by the Asylum Officer;
- a copy of the notes of the asylum officer
- a copy of the "country conditions" evidence mentioned in the Referral Notice

= = = =

We also request Track 3 priority processing treatment. Attached hereto is Notice of hearing/ Notice to Appear.

Sincerely,


Louise Trauma Center LLC
c/o Ella F. Cleveland
1234 Mass Ave NW  #1019
Washington, DC 20005    [202] 821-6940
= = = = = = = = = = = = = = = =   = = = = = = = = = = = = = = =
I, Amara Akuoma Emuwa, hereby declare under penalty of perjury:
   - I agree that my records may be released to:
   *Louise Trauma Center,*
   1234 Mass Ave NW, #1019   Wash. DC 20005;
   -I was born on 07/18/1969 in Mbano, Nigeria;
   -My address is: 23 Silver Moon Drive, Silver Spring MD 20904;
   -my A# is 215-621-046;

I hereby declare under penalty of perjury, as per 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on March 16/2020   Signature: _____



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
National Records Center
P.O. Box 648010
Lee's Summit, MO  64064-8010

**U.S. Citizenship and Immigration Services**

March 23, 2020

Ella Cleveland
Louise Trauma Center
1234 NW Mass Ave., Ste. 1019
Washington, DC 20005

NRC2020054812
PIN: 070113

Dear Ella Cleveland:

Don't waste time waiting for the US Postal Service to deliver the information you requested. Go online, create an account, register your case using **Control Number:** NRC2020054812 and **PIN:** 070113 to receive the information electronically! Read the attached yellow flyer for more details.

We received your request for information relating to Amara Emuwa on March 18, 2020.

Your request is being handled under the provisions of the Freedom of Information Act (5 U.S.C. § 552). It has been assigned the following control number: NRC2020054812. Please cite this number in all future correspondence about your request.

We respond to requests on a first-in, first-out basis and on a multi-track system. Your request has been placed in the fast track (Track 3).

Consistent with 6 C.F.R. § 5.5(a) of the Department of Homeland Security (DHS) FOIA regulations, USCIS processes FOIA requests according to their order of receipt. Although USCIS' goal is to respond within 20 business days of receipt of your request, FOIA does permit a 10-day extension of this time period in certain circumstances. Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. Additionally, due to the scope and nature of your request, USCIS will need to locate, compile, and review responsive records from multiple offices, both at headquarters and in the field. USCIS may also need to consult with another agency or other component of the Department of Homeland Security that have a substantial interest in the responsive information. Due to these unusual circumstances, USCIS will invoke a 10-day extension for your request pursuant to 5 U.S.C. § 552(a)(6)(B). Please contact our office if you would like to limit the scope of your request or to agree on a different timetable for the processing of your request. We will make every effort to comply with your request in a timely manner.

In accordance with Department of Homeland Security Regulations (6 C.F.R. § 5.3(c)), your request is deemed to constitute an agreement to pay any fees that may be chargeable up to $25.00. Fees may be charged for searching for records sought at the respective clerical, professional, and/or managerial rates of $4.00/$7.00/$10.25 per quarter hour, and for duplication of copies at the rate of $.10 per copy. The first 100 copies and two hours of search time are not charged, and the remaining combined charges for search and duplication must exceed $14.00 before we will charge you any fees. Most requests do not require any fees; however, if fees in excess of $25.00 are required, we will notify you beforehand.

This office now offers an online delivery option. If you would like to receive the requested records online, you will need to register this request at first.uscis.gov. If you do not already have a MyUSCIS account you will be prompted to create one. Once logged on, click the "Register Request" link where you will be asked to enter your control number NRC2020054812 and the following six digit PIN: 070113. If you do not wish to take advantage of this option, we will be providing your records on a Compact Disc (CD) for

www.uscis.gov