# Exhibit 3

# FOIA request of Mr. Michaux Lukusa

FOIA Officer for US-CIS
Lee's Summit, MO 64064-8010
Fax: [816] 350-5785     <USCIS.FOIA@USCIS.DHS.GOV>

    FOIA Request for Michaux Lukusa

Dear Sir or Madam:

Louise Trauma Center is a "third party" making a request for records of the individual named above. This individual agrees that his/her records may be released to us.

Louise Trauma Center hereby requests:

    -a copy of the assessment written by the Asylum Officer;
    -a copy of the notes of the asylum officer
    -a copy of the materials the asylum officer consulted, that were not provided by this individual

= = = =

We also request Track 3 priority processing treatment.
Attached hereto is Notice of hearing/ Notice to Appear.

Sincerely,


Louise Trauma Center LLC
c/o Ella F. Cleveland
1234 Mass Ave NW  #1019
Washington, DC 20005    [202] 821-6940
= = = = = = = = = = = = = = =  = = = = = = = = = = = = == =
I, Michaux Lukusa, hereby declare under penalty of perjury:
    - I agree that my records may be released to:
    *Louise Trauma Center,* 1234 Mass Ave NW, #1019
     Wash. DC 20005;
    -I was born on 08/26/1975 in Kinshasa, Dem. Rep. of Congo;
    -My address is: 1234 Mass Ave NW Wash DC 20005;
    -my A# is 206-927-134;

I hereby declare under penalty of perjury, as per 28 U.S.C. § 1746, that the foregoing is true and correct.
Executed on 04-23-20   Signature: _____



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
National Records Center
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship and Immigration Services**

NRC2020068744

April 28, 2020

Michaux Lukusa
Ella F. Cleveland
1234 Mass Ave. NW, 1019
Washington D.C., DC 20005

Dear Michaux Lukusa:

We received your request for information relating to Michaux Lukusa on April 23, 2020.

Your request is being handled under the provisions of the Freedom of Information Act (5 U.S.C. § 552). It has been assigned the following control number: NRC2020068744. Please cite this number in all future correspondence about your request.

We respond to requests on a first-in, first-out basis and on a multi-track system. Your request has been placed in the fast track (Track 3).

Consistent with 6 C.F.R. § 5.5(a) of the Department of Homeland Security (DHS) FOIA regulations, USCIS processes FOIA requests according to their order of receipt. Although USCIS' goal is to respond within 20 business days of receipt of your request, FOIA does permit a 10-day extension of this time period in certain circumstances. Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. Additionally, due to the scope and nature of your request, USCIS will need to locate, compile, and review responsive records from multiple offices, both at headquarters and in the field. USCIS may also need to consult with another agency or other component of the Department of Homeland Security that have a substantial interest in the responsive information. Due to these unusual circumstances, USCIS will invoke a 10-day extension for your request pursuant to 5 U.S.C. § 552(a)(6)(B). Please contact our office if you would like to limit the scope of your request or to agree on a different timetable for the processing of your request. We will make every effort to comply with your request in a timely manner.

In accordance with Department of Homeland Security Regulations (6 C.F.R. § 5.3(c)), your request is deemed to constitute an agreement to pay any fees that may be chargeable up to $25.00. Fees may be charged for searching for records sought at the respective clerical, professional, and/or managerial rates of $4.00/$7.00/$10.25 per quarter hour, and for duplication of copies at the rate of $.10 per copy. The first 100 copies and two hours of search time are not charged, and the remaining combined charges for search and duplication must exceed $14.00 before we will charge you any fees. Most requests do not require any fees; however, if fees in excess of $25.00 are required, we will notify you beforehand.

USCIS no longer collects Social Security Numbers in connection with FOIA or PA requests. When forwarding to us any documents related to your request, please ensure any Social Security Numbers on the documents are blanked out or removed.

The National Records Center (NRC) has the responsibility to ensure that personally identifiable information (PII) pertaining to U.S. Citizenship and Immigration Services (USCIS) clients is protected. In our efforts to safeguard this information, we may request that additional information be provided to facilitate and correctly identify records responsive to your request. Though submission of this information is voluntary, without this information, your request may be delayed while additional steps are taken to

www.uscis.gov