# Exhibit 4

# FOIA request of Mr. AlQaraghuli

```
FOIA Officer for US-CIS
Lee's Summit, MO 64064-8010
Fax: [816] 350-5785     <USCIS.FOIA@USCIS.DHS.GOV>
```

FOIA Request for Mohammed AlQaraghuli

Dear Sir or Madam:

Louise Trauma Center LLC is a "third party" making a request for records of the individual named above. This individual agrees that his/her records may be released to us.

Louise Trauma Center LLC hereby requests:

- a copy of the assessment written by the Asylum Officer
- a copy of the notes of the asylum officer
- a copy of documents referenced by or consulted by the asylum officer, which were not given to the officer by the applicant

= = = =

We also request Track 3 priority processing treatment.
Attached hereto is Notice of hearing/ Notice to Appear.

Sincerely,

/Ella F. Cleveland/
Louise Trauma Center LLC
c/o Ella F. Cleveland
1234 Mass Ave NW  #1019
Washington, DC 20005   [202] 821-6940
= = = = = = = = = = = = = = = = = = = = = = = = = = = = = == =
I, Mohammed AlQaraghuli, hereby declare under penalty of perjury:
- I agree that my records may be released to:
  *Louise Trauma Center LLC,*
1234 Mass Ave NW, #1019  Wash. DC 20005;
- I was born on 02/5/1989 in Baghdad Iraq;
- My address is: 231 S Pickett St Apt 301, Alexandria, VA 22304;
- my A# is 205-886-871;

I hereby declare under penalty of perjury, as per 28 U.S.C. § 1746, that the foregoing is true and correct.
Executed on __3-24-2020___ Signature: _Mohammed AlQaraghuli_



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
National Records Center
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship and Immigration Services**

March 27, 2020

NRC2020058314
PIN: 667933

Ella Cleveland
Louise Trauma Center LLC
1234 Mass Ave. NW 1019
Washington, DC 2005

Dear Ella Cleveland:

<u>Important Notification: During the national COVID-19 response, our capacity to process paper FOIA requests and deliver records by mail will be greatly reduced.</u>

To sign up for digital release, go to <u>first.uscis.gov</u>, create an account, and register your case using the **Control Number:** <u>NRC2020058314</u> and **PIN:** <u>667933</u>. Read the enclosed yellow flyer for more details.

We received your request for information relating to Mohammed AlQaraghuli on March 26, 2020.

Your request is being handled under the provisions of the Freedom of Information Act (5 U.S.C. § 552). It has been assigned the following control number: NRC2020058314. Please cite this number in all future correspondence about your request.

We respond to requests on a first-in, first-out basis and on a multi-track system. Your request has been placed in the complex track (Track 2). You may wish to narrow your request to a specific document in order to be eligible for the faster track. To do so, please send a written request, identifying the specific document sought, to the address above. We will notify you if your request is placed in the simple track.

Consistent with 6 C.F.R. § 5.5(a) of the Department of Homeland Security (DHS) FOIA regulations, USCIS processes FOIA requests according to their order of receipt. Although USCIS' goal is to respond within 20 business days of receipt of your request, FOIA does permit a 10-day extension of this time period in certain circumstances. Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. Additionally, due to the scope and nature of your request, USCIS will need to locate, compile, and review responsive records from multiple offices, both at headquarters and in the field. USCIS may also need to consult with another agency or other component of the Department of Homeland Security that have a substantial interest in the responsive information. Due to these unusual circumstances, USCIS will invoke a 10-day extension for your request pursuant to 5 U.S.C. § 552(a)(6)(B). Please contact our office if you would like to limit the scope of your request or to agree on a different timetable for the processing of your request. We will make every effort to comply with your request in a timely manner.

In accordance with Department of Homeland Security Regulations (6 C.F.R. § 5.3(c)), your request is deemed to constitute an agreement to pay any fees that may be chargeable up to $25.00. Fees may be charged for searching for records sought at the respective clerical, professional, and/or managerial rates of $4.00/$7.00/$10.25 per quarter hour, and for duplication of copies at the rate of $.10 per copy. The first 100 copies and two hours of search time are not charged, and the remaining combined charges for search and duplication must exceed $14.00 before we will charge you any fees. Most requests do not require any fees; however, if fees in excess of $25.00 are required, we will notify you beforehand.

This office now offers an online delivery option. Visit first.uscis.gov to register this request. You will need to create a MyUSCIS account if you do not already have one. Once logged on, click the "Register

www.uscis.gov