# Exhibit 7

# Affirmative asylum applications at US-CIS

Table 8—USCIS Form I-589 Affirmative Asylum Petition Data

[FY 2014-2018]

| FY | Receipts | Approvals | Denials | Admin. close | Referrals—DOJ-EOIR | Pending pool |
|---|---|---|---|---|---|---|
| 2014 | 56,912 | 11,841 | 707 | 1,849 | 15,969 | 46,928 |
| 2015 | 84,236 | 15,999 | 458 | 3,010 | 20,353 | 85,593 |
| 2016 | 115,888 | 10,762 | 138 | 3,785 | 16,564 | 152,516 |
| 2017 | 142,760 | 15,229 | 137 | 5,825 | 29,639 | 252,627 |
| 2018 | 108,031 | 19,978 | 927 | 9,436 | 52,221 | 314,453 |
| 5-year total | 507,827 | 73,809 | 2,367 | 23,905 | 134,746 | |
| Average | 101,565 | 14,762 | 473 | 4,781 | 2 | |

**TABLE 3.**

**I-90 COMPLETIONS AND APPROVALS: FISCAL YEARS 2014-2018**

|      | Completions | Approvals | Approval Rate |
|------|-------------|-----------|---------------|
| 2014 | 669,700     | 636,600   | 95%           |
| 2015 | 862,100     | 830,100   | 96%           |
| 2016 | 675,500     | 647,200   | 95%           |
| 2017 | 501,700     | 473,600   | 94%           |
| 2018 | 1,142,100   | 1,081,600 | 93%           |

Note: Totals are rounded.
Note: Approval rate based on unrounded completions and approvals.
Note: Applications adjudicated in a fiscal year may be filed in previous fiscal years.
Source: Office of Performance and Quality, USCIS
Form: I-90 Application to Replace/Renew Permanent Resident Card

**TABLE 4.**

**I-589, I-870 AND I-899 COMPLETIONS, AND REFUGEES ADMITTED AND INTERVIEWED: FISCAL YEARS 2014-2018**

|                       | 2014   | 2015   | 2016    | 2017   | 2018   |
|-----------------------|--------|--------|---------|--------|--------|
| **Completions**       |        |        |         |        |        |
| I-589*                | 30,600 | 40,000 | 31,400  | 50,800 | 81,900 |
| I-870                 | 48,000 | 47,900 | 92,100  | 80,000 | 97,700 |
| I-899                 | 9,700  | 9,200  | 9,500   | 10,000 | 11,000 |
| Refugees Admitted**   | 70,000 | 69,900 | 85,000  | 53,700 | 22,500 |
| Refugee Interviews**  | 68,900 | 67,900 | 125,200 | 49,300 | 26,400 |

Note: Totals are rounded.
Note: Adjudications and interviews in a fiscal year may be filed or conducted in previous fiscal years.
Source: All USCIS Application and Petition Form Types
*Source: National Performance Report, OPQ, USCIS
**Source: Refugee, Asylum, and International Operations Directorate, USCIS
Forms: 1) I-589 Application for Asylum and for Withholding of Removal
       2) I-870 Credible Fear
       3) I-899 Reasonable Fear

2018 USCIS Statistical Annual Report

For the third year in a row, Venezuela was the top country of origin for received affirmative asylum applications, with 24,531 in FY 2019; followed by China (9,737), Guatemala (9,620), El Salvador (5,960), and Honduras (5,548).

Meanwhile, 149,779 defensive asylum applications were filed with the Department of Justice's immigration court system, known as the Executive Office for Immigration Review (EOIR), in FY 2019—a 30 percent increase from the 115,074 applications filed a year earlier.

### What is the asylum approval rate?

According to USCIS data, 31 percent of affirmative asylum petitions adjudicated in FY 2019 were approved, a slight increase from the 30 percent in FY 2018, but a decline from the 43 percent in FY 2016 and 37 percent in FY 2017.

The same downward trend also applies to asylum petitions handled by immigration courts. In FY 2019, 29 percent of such petitions were approved, versus 43 percent in FY 2016, 37 percent in FY 2017, and 33 percent in FY 2018.

*[handwritten: FY 2018]*

### How many people receive asylum status?

In FY 2018, 38,687 individuals, including principal applicants and their spouses and/or unmarried children under age 21, were granted asylum after seeking protection upon or after arrival in the United States—a 46 percent increase from 26,509 a year earlier. An additional 6,304 individuals *outside* the United States were approved for asylum as immediate family members of principal applicants. (Note that this number reflects travel documents issued to these family members, not their arrival in the United States.)

The big increase in asylum grants was mainly driven by a spike in the number of cases granted by USCIS (rather than in the immigration courts), which rose to 25,439 in FY 2018 from 15,846 in FY 2017. This increase is largely because USCIS also increased the number of cases it adjudicated by more than 20,000. Further, in January 2018, in an attempt to reduce its backlog, USCIS started adjudicating asylum applications on a last-in, first-out basis. Applicants who know that their cases are likely to be adjudicated in weeks or months rather than years are less likely to submit non-meritorious cases.

China was the top country of origin for those receiving asylum, with 6,905 persons (or 18 percent of total asylum grants). The next four largest countries of origin were Venezuela (6,087), El Salvador (2,963), Guatemala (2,358), and Honduras (2,029). Together, nationals of these five countries made up 53 percent of those receiving asylum in FY 2018.

### What is the current asylum application backlog?

Due to the large application volume and limited resources, both the affirmative and defensive asylum systems have extensive backlogs. At the end of September 2019, according to USCIS, there were 339,836 affirmative cases pending; EOIR reported 476,000 pending asylum cases as of October 11, 2019.

- For more information, see the **affirmative asylum quarterly reports** from USCIS, the **workload and adjudication statistics** data on asylum cases from EOIR, and the *Refugees and Asylees Annual Flow Report* from DHS's Office of Immigration Statistics.
- For more on the immigration court backlog and asylum share, see the MPI report, *The U.S. Asylum System in Crisis: Charting a Way Forward*.

## Unauthorized Immigrants

### How many unauthorized immigrants are in the United States?

The Migration Policy Institute (MPI) estimated 11.3 million unauthorized immigrants resided in the United States in 2016. About half of all unauthorized immigrants resided in three states: California (27 percent), Texas (14 percent), and New York (8 percent). The vast majority (82

## Appendix A

FY 2019

### FY2019 USCIS Domestic Performance Data

| Form Number and Description | | | Receipts | Completions | Net Backlog End of FY18 | Net Backlog End of FY19 | Change in Backlog (FY18 to FY19) | Net Cycle Time End of FY19 (in months) |
|---|---|---|---|---|---|---|---|---|
| Sponsoring Relatives & Orphans | I-130 | Immediate Relative | 525,724 | 608,270 | 256,035 | 235,449 | (20,586) | 10.7 |
| | | Preference Relative | 222,940 | 150,687 | - | 117,813 | 117,813 | 11.8 |
| | | Total Alien Relative Petitions | 748,664 | 758,957 | 256,035 | 353,262 | 97,227 | 11.0 |
| | I-129F | Fiancée Petition | 45,274 | 61,115 | 7,380 | - | (7,380) | 4.0 |
| | I-600/600A | Orphan Petitions | 2,039 | 1,772 | - | - | - | 2.0 |
| | I-800/800A | Convention Country Adoption | 5,114 | 4,901 | - | - | - | 0.8 |
| | I-730 | Refugee/Asylee Relative Petition | 15,607 | 7,728 | 5,154 | 13,614 | 8,460 | 16.1 |
| Resident Services | Immigrant Visas | | 476,300 | 460,817 | - | 12,982 | 12,982 | 0.8 |
| | I-90 | Renew / Replace Permanent Resident Card | 724,565 | 515,256 | 73,640 | 287,003 | 213,363 | 7.7 |
| | I-131 | Reentry Permit / Refugee Travel Doc | 90,448 | 88,765 | 3,045 | 1,554 | (1,491) | 3.2 |
| | I-751 | Remove Conditions on Residence | 187,414 | 206,082 | 157,965 | 125,741 | (32,224) | 14.6 |
| | I-829 | Remove Conditions on Entrepreneur | 3,756 | 1,736 | 6,192 | 7,637 | 1,445 | 36.1 |
| | N-300 | Declaration of Intent | 33 | 19 | 64 | 70 | 6 | 40.3 |
| | N-470 | Preserve Residence | 162 | 149 | - | - | - | 5.9 |
| | N-400 | Military Naturalization | 3,679 | 4,811 | 2,442 | 1,255 | (1,187) | 10.4 |
| | | Other Naturalization | 827,279 | 926,956 | 360,268 | 262,150 | (98,118) | 8.9 |
| | N-644 | Posthumous Naturalization | - | - | - | - | - | 0.0 |
| | N-648 | Disability Exception | 4,688 | 11,108 | - | - | - | 1.6 |
| | N-336 | Request for Hearing | 6,118 | 5,833 | 2,303 | 2,792 | 489 | 11.9 |
| Employer & Investor Services | I-129 | Premium Processed | 246,508 | 345,314 | 447 | 704 | 257 | 0.5 |
| | | Non-Immigrant Petition (non Premium filed) | 304,693 | 290,627 | 81,682 | 41,767 | (39,915) | 4.1 |
| | | Total all I-129 | 551,201 | 635,941 | 82,129 | 42,471 | (39,659) | 2.1 |
| | I-140 | Premium Processed | 71,120 | 80,812 | 923 | 2,700 | 1,778 | 1.0 |
| | | Immigrant Petition for Worker (non Premium filed) | 71,331 | 78,059 | 12,747 | 6,603 | (6,144) | 5.0 |
| | | Total all I-140 | 142,451 | 158,871 | 13,670 | 9,303 | (4,367) | 2.7 |
| | I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | 40,208 | 40,946 | 36,760 | 34,415 | (2,345) | 15.9 |
| | I-526 | Petition by Entrepreneur | 4,194 | 4,673 | 12,626 | 2,931 | (9,695) | 12.5 |
| | I-924 | Regional Center Application | 79 | 197 | 154 | 123 | (31) | 20.2 |
| Nonimmigrant Services | I-102 | Replacement/Initial Nonimmigrant Arrival-Departure Doc | 4,978 | 4,935 | 397 | 491 | 94 | 3.6 |
| | I-539 | Extend/ Change Status | 221,566 | 230,303 | 39,935 | 44,218 | 4,283 | 4.7 |
| Adjustment | I-485 | Asylum Adjustment | 39,915 | 27,646 | 11,998 | 21,249 | 9,251 | 12.8 |
| | | Refugee adjustment | 28,166 | 46,684 | 23,582 | 14,738 | (8,844) | 10.2 |
| | | Indo Chinese Adjustment | 27 | 24 | 11 | 17 | 6 | 11.0 |
| | | Cuban Adjustment Act | 16,847 | 39,844 | 25,971 | 6,715 | (19,257) | 9.4 |
| | | Employment-Based Adjustment | 102,025 | 113,705 | 85,091 | 96,473 | 11,382 | 14.5 |
| | | Family-Based Adjustment | 333,695 | 395,035 | 220,487 | 138,562 | (81,925) | 9.4 |
| | | All Other Adjustment of Status | 28,264 | 29,969 | 20,368 | 17,406 | (2,962) | 11.3 |
| | | Subtotal I-485 Regular Cases | 480,831 | 578,553 | 351,917 | 259,156 | (92,761) | 10.9 |
| | | Total Adjustment Cases | 548,939 | 652,907 | 387,508 | 295,160 | (92,348) | X |
| | I-131 | Advance Parole | 403,067 | 374,956 | 18,791 | 48,099 | 29,308 | 4.5 |
| | I-131 | Parole in Place | 7,388 | 6,702 | 1,881 | - | (1,881) | 1.6 |
| | | EOIR adjustment processing | 55,916 | 55,551 | 58,771 | 6,334 | (52,437) | 3.4 |
| EAD | I-765 | All Other Employment Authorization Document | 1,757,003 | 1,733,833 | 197,545 | 155,405 | (42,140) | 4.1 |
| Transitional Services | I-589 | Asylum | 82,807 | 72,287 | 273,989 | 301,641 | 27,652 | 36.7 |
| | I-821 | Temporary Protected Status | 5,585 | 37,093 | 6,690 | 5,707 | (983) | 13.1 |
| | I-881 | NACARA 203 Application | - | 119 | - | - | (119) | 0.0 |
| | I-867 | Credible Fear Referral | 105,439 | 102,258 | - | 2,280 | 2,280 | 0.0 |
| | I-899 | Reasonable Fear | 13,197 | 11,774 | - | - | - | 0.0 |
| | | I687/690/695/698/700 Legalization/ SAW | 37 | 98 | 217 | 273 | 56 | 47.0 |
| | I-817 | Family Unity | 340 | 687 | 269 | 11 | (258) | 6.2 |
| | I-914 | T Nonimmigrant Status | 2,287 | 1,585 | 2,251 | 2,940 | 689 | 17.9 |
| | I-918 | U Nonimmigrant Status | 48,027 | 23,264 | 191,562 | 204,671 | 13,109 | 46.1 |
| | I-192 | Waiver filed with I-918 | 34,295 | - | - | - | - | 50.5 |
| | I-929 | Qualifying Family Members of U Nonimmigrants | 1,078 | 1,342 | 838 | 488 | (350) | 9.4 |
| Other Services | | N600/600K Application for Citizenship | 57,341 | 64,575 | 17,030 | 12,417 | (4,613) | 7.6 |
| | I-824 | Action on Approved Application or Petition | 10,498 | 10,392 | 4,290 | 4,179 | (111) | 7.8 |
| | I-905 | Permission to Issue Health Care Certification | - | - | - | - | - | X |
| | N-565 | Replace Certificate | 27,800 | 26,121 | - | - | - | 2.9 |
| | I-601A | Provisional Waiver | 52,506 | 49,419 | 23,717 | 28,188 | 4,471 | 9.4 |
| | Waivers | (Excluding I-601A) | 72,179 | 57,589 | 169,593 | 181,035 | 11,442 | 33.0 |
| | I-910 | Application for Civil Surgeon | 465 | 647 | - | - | - | 1.9 |
| | I-290B | I-290B Appeal | 9,069 | 3,056 | - | - | - | 3.6 |
| | | I-290B Motion to Reopen | 22,645 | 26,226 | - | - | - | 6.2 |
| | | Total I-290B | 31,714 | 29,282 | - | - | - | X |
| Deferred Action for Childhood Arrivals | I-821D | DACA (Initial Filing) | 1,581 | 3,428 | 316 | 807 | 491 | 13.5 |
| | | DACA (Renewal) | 384,886 | 389,731 | - | - | - | 1.3 |
| | | Total I-821D DACA | 386,467 | 393,159 | 316 | 807 | 491 | 1.4 |
| | I-765 | Employment Authorization Document DACA | 389,545 | 397,694 | - | - | - | 1.1 |
| | I-131 DACA | DACA Travel Doc | - | 1 | 38 | 9 | (29) | 19.8 |
| Total | | | 8,133,728 | 8,205,805 | 2,415,573 | 2,451,655 | 36,082 | |

**Table Key:**
- Represents zero or rounds to 0.0.
X Not applicable

**Note(s):**
1) I-485 Regular is based on the following form types: Cuban, Employment, Family, and All Other Adjustment of Status cases. N-400 military natz pending, net cycle time and backlog data include International Operations (IO) data.

**Source(s):**
1) September 2019 National Performance Report published 11/1/2019

12