# Exhibit 8

# Affirmative asylum applications at Immigration courts ["EOIR"]

**U.S. DEPARTMENT OF JUSTICE**
EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW

STATISTICS YEARBOOK
FY 2017

## ASYLUM CASES RECEIVED AND COMPLETED

There are two types of asylum processes – defensive and affirmative. The defensive asylum process applies to aliens who appear before EOIR and who request asylum before an IJ. The affirmative asylum process applies to aliens who initially file an asylum application with USCIS and, subsequently, have that application referred by USCIS to EOIR.

**Figure 17.** Defensive asylum receipts have increased significantly (423 percent) from FY 2013 to FY 2017. In the same period, affirmative asylum receipts have increased 12 percent.



Figure 17. Asylum Receipts

|  | FY 13 | FY 14 | FY 15 | FY 16 | FY 17 |
|---|---|---|---|---|---|
| Affirmative | 19,931 | 16,267 | 17,339 | 12,753 | 22,252 |
| Defensive | 23,101 | 30,876 | 45,884 | 68,980 | 120,709 |
| Total | 43,032 | 47,143 | 63,223 | 81,733 | 142,961 |

**Figure 18.** Asylum receipts increased 232 percent from FY 2013 to FY 2017; completions increased by 51 percent over the same period.



Figure 18. Asylum Receipts and ICCs

|  | FY 13 | FY 14 | FY 15 | FY 16 | FY 17 |
|---|---|---|---|---|---|
| Receipts | 43,032 | 47,143 | 63,223 | 81,733 | 142,961 |
| Completions | 28,623 | 27,788 | 27,699 | 33,116 | 43,137 |

84 Federal Register 63994 [published November 19, 2019]

**Implementing Bilateral and Multilateral Asylum Cooperative Agreements Under the Immigration and Nationality Act**

A Rule by the U.S. Citizenship and Immigration Services and the Executive Office for Immigration Review on 11/19/2019

Page 63, 995:

### III. Purpose of This Interim Final Rule

"This increase reflects high rises in both defensive asylum claims (*i.e.*, asylum claims raised after removal proceedings have begun) and affirmative asylum claims (*i.e.*, asylum claims raised apart from or before removal proceedings have begun). …

114,532 defensive asylum applications filed with DOJ in FY2018.

Additionally, in FY2018, 48,922 affirmative asylum applications were also referred to DOJ. …

in FY2018, 64,223 asylum applications were adjudicated by DOJ's immigration judges. Only 13,173, or 20.5%, were granted.

# EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
## ADJUDICATION STATISTICS

### Affirmative Asylum Applications[1]



| Fiscal Year | Filed | Granted | Affirmative Receipts : Affirmative Grants Ratio |
|---|---|---|---|
| 2008 | 29,672 | 6,053 | 4.9:1 |
| 2009 | 23,636 | 6,108 | 3.86:1 |
| 2010 | 20,144 | 6,076 | 3.31:1 |
| 2011 | 23,463 | 7,152 | 3.28:1 |
| 2012 | 24,634 | 7,683 | 3.2:1 |
| 2013 | 19,961 | 7,147 | 2.79:1 |
| 2014 | 16,242 | 5,861 | 2.77:1 |
| 2015 | 17,270 | 4,768 | 3.62:1 |
| 2016 | 12,698 | 3,845 | 3.3:1 |
| 2017 | 22,081 | 3,603 | 6.12:1 |
| 2018 | 48,822 | 4,078 | 11.97:1 |
| 2019 | 61,870 | 5,401 | 11.45:1 |
| 2020 (Second Quarter)[2] | 25,456 | 3,326 | 7.65:1 |

Data Generated: April 15, 2020
[1] Affirmative asylum applications filed and affirmative asylum applications granted (initial case completions) in removal, deportation, exclusion, and asylum-only proceedings.
[2] FY 2020 Second Quarter through March 31, 2020.

EOIR-5