FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AMARA EMUWA )
_Plaintiff_ )
)
v. )   Civil Action No. 20-cv-1756-TNM
)
:D STATES DEPARTMENT OF HOMELAND SEC( )
_Defendant_ )
)

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  United States Attorney
555 Fourth St NW
Wash. DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David L. Cleveland
1220 L Street NW #100
Wash DC 20005

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT



Date: 6-29-20

/s/ Mariela Cruz
_Signature of Clerk or Deputy Clerk_

FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMARA EMUWA  _____  *Plaintiff*  v.  :D STATES DEPARTMENT OF HOMELAND SEC⸺  _____  *Defendant* | ) ) ) ) ) ) ) )  Civil Action No. 20-cv-1756-TNM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States Attorney General
950 Penn Ave NW
Wash. DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
David L. Cleveland
1220 L Street NW #100
Wash DC 20005

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 6-29-20



/s/ Mariela Cruz
*Signature of Clerk or Deputy Clerk*

FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AMARA EMUWA

*Plaintiff*

v.

:D STATES DEPARTMENT OF HOMELAND SEC\

*Defendant*

Civil Action No. 20-cv-1756-TNM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States Department of Homeland Security
2707 Martin Luther King Jr. Ave SE
Wash. DC 20528-00485

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
  David L. Cleveland
  1220 L Street NW #100
  Wash DC 20005

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 6-29-20



/s/ Mariela Cruz

*Signature of Clerk or Deputy Clerk*