**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AMARA EMUWA, et al.,

Plaintiffs

v.                                               Civ Action No.  20-cv-1756 [TNM]

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY

Defendant

<u>AFFIDAVIT OF SERVICE</u>

I, David L. Cleveland, hand-delivered the summons and complaint to

the United States Attorney at 501 3d Street NW, Washington DC on

JUNE 30, 2020.

I hereby declare under penalty of perjury that the foregoing is true and
correct. Executed on June 30, 2020.

Respectfully submitted,

Attorney for Plaintiffs

/s/*David L. Cleveland*
David L. Cleveland
DC Bar # 424209
1220 L Street NW #100
Washington, DC 20005
[202] 812-8684  <1949.david@gmail.com>