# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AMARA EMUWA, et al.,

Plaintiffs

v.   Civ Action No. 20-cv-1756 [TNM]

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY

Defendant

## AFFIDAVIT OF SERVICE

I, David L. Cleveland, printed out the USPS Tracking receipt, attached hereto as Exhibit 1, on July 3, 2020. It indicates that a package was delivered to defendant DHS on July 2, 2020 at 10 49 am.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on July 3, 2020.

Respectfully submitted,

Attorney for Plaintiffs

/s/*David L. Cleveland*
David L. Cleveland
DC Bar # 424209
1220 L Street NW #100
Washington, DC 20005
[202] 812-8684  <1949.david@gmail.com>

1

**ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO…**

# USPS Tracking®

FAQs >

Track Another Package +

*[handwritten: DHS]*

Remove ✕

**Tracking Number:** 9505510697970183544899

Your item was delivered to the front desk, reception area, or mail room at 10:49 am on July 2, 2020 in WASHINGTON, DC 20528.

**USPS Premium Tracking™ Available** ⌄



✓ **Delivered**

July 2, 2020 at 10:49 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20528

*[handwritten: Ex 1]*

Feedback

**Get Updates** ⌄

---

**Text & Email Updates**    ⌄

---

**Tracking History**    ⌄

---

**Premium Tracking**    ⌄

---

**Product Information**    ⌄

---

See Less ⌃