UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMARA EMUWA, et al.,

    Plaintiffs

v.                                        Civ Action No. 20-cv-1756 [TNM]

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY

    Defendant

AFFIDAVIT OF SERVICE

    I, David L. Cleveland, printed out the USPS Tracking Receipt, attached hereto as Exhibit 1, on July 8, 2020. It indicates that a package was delivered to the U.S. Attorney General on July 6, 220 at 4:55 am.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on July 8, 2020.

    Respectfully submitted,

    Attorney for Plaintiffs

    /s/*David L. Cleveland*
    David L. Cleveland
    DC Bar # 424209
    1220 L Street NW #100
    Washington, DC 20005
    [202] 812-8684  <1949.david@gmail.com>

1

# USPS Tracking®

FAQs >

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO...

Track Another Package +

**Tracking Number:** 9505510697970183544882

Remove ✕

Your item was delivered at 4:55 am on July 6, 2020 in WASHINGTON, DC 20530.

USPS Premium Tracking™ Available ⌄

## ✓ Delivered

July 6, 2020 at 4:55 am
Delivered
WASHINGTON, DC 20530



Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Premium Tracking ⌄

---

Product Information ⌄

---

See Less ⌃