# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMARA EMUWA, *et al.*,  )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>U.S. DEPARTMENT OF HOMELAND )<br>SECURITY, )<br> )<br>Defendant. )<br> ) | Civil Action No. 20-1756 (TNM) |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendant U.S. Department of Homeland Security and subcomponent, United States Citizenship and Immigration Service (USCIS) ("Defendant"), by and through undersigned counsel, respectfully requests an extension of time of 30 days, up to and including August 31, 2020, for the Defendant to answer the Complaint filed in this Freedom of Information Act ("FOIA") case. Currently, Defendant's response to the Complaint is due July 30, 2020. Defendants acknowledge that this extension was not filed at least 4 days prior to the deadline, apologize for this delay, and respectfully request the Court to grant the extension.

Good cause exists for the requested extension. First, the Complaint consists of 324 paragraphs spanning 47 pages. Additionally, the numerous specific allegations are not readily ascertainable and also contain large swaths of unrelated nonfactual information. Given the immense length and number of allegations, Defendant requests more time to prepare the appropriate response for the Court.

Second, as the Court is no doubt aware, the events in connection with addressing the COVID-19 pandemic have been rapidly developing, and causing widespread disruptions of federal

government operations. On March 13, 2020, the President declared a national emergency in an effort to address the spread of COVID-19.[1] On March 16, 2020, the President announced new guidance to slow the spread of the virus, including avoiding groups of more than 10 people, and working or schooling from home whenever possible.[2] Further, OMB has issued guidance to Executive Branch agencies to "take appropriate steps to prioritize all resources to slow the transmission of COVID-19, while ensuring our mission-critical activities continue."[3] As a result of the pandemic and provided guidance, employees of USCIS have been working remotely, which adds a burden to getting the required records, conferring with chains of command, and researching the extensive administrative histories via VPN.

Third, the looming furlough at USCIS[4] is compounding the above issues. It is anticipated that FOIA processors and/or USCIS attorneys will be furloughed, and thus workloads are being preemptively shifted to prepare for the loss of those employees. As such, agency employees need more time to gather information and prepare a response to the Complaint.

Accordingly, Defendant requests a 30-day extension of up to and including August 31, 2020, for Defendant to file a response to this Complaint. ECF No. 1.

---

[1] *See* Proclamation No. 9994, 85 Fed. Reg. 15337, 2020 WL 1272563 (Mar. 13, 2020).

[2] *See* The President's Coronavirus Guidelines for America, https://www.whitehouse.gov/wpcontent/uploads/2020/03/03.16.20_coronavirus-guidance_8.5x11_315PM.pdf (last accessed Mar. 17, 2020).

[3] *See* OMB Memorandum M-20-15, *Updated Guidance for the National Capital Region on Telework Flexibilities in Response to Coronavirus,* https://www.whitehouse.gov/wp-content/uploads/2020/03/M20-15-Telework-Guidance-OMB.pdf.

[4] Homeland Security Moves Forward With 13,000 Furloughs Despite Its Improving Financial Situation, July 21, 2020, *available at* https://www.govexec.com/workforce/2020/07/homeland-security-moves-forward-13000-furloughs-despite-its-improving-financial-situation/167081/.

Dated: July 28, 2020              Respectfully submitted,

                                  MICHAEL R. SHERWIN
                                  Acting United States Attorney

                                  DANIEL F. VAN HORN, D.C. Bar # 924092
                                  Chief, Civil Division

                         By:      /s/   *Kristin D. Brudy-Everett*
                                  KRISTIN D. BRUDY-EVERETT
                                  Assistant United States Attorney
                                  Judiciary Center Building
                                  555 4th St., N.W.
                                  Washington, D.C.  20530
                                  (202) 252-2536
                                  Kristin.Brudy-Everett@usdoj.gov

                                  *Counsel for Defendant*