UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMARA EMUWA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 20-1756 (TNM) |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF HOMELAND ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for Extension of Time to Respond to the Complaint and the entire record herein, it is this _____ day of July, 2020,

**ORDERED** that Defendant's Motion to Extend the Responsive Pleading is granted until August 31, 2020.

**SO ORDERED**.

It is **SO ORDERED** this _____ day of July, 2020.

_____
TREVOR N. MCFADDEN
UNITED STATES DISTRICT JUDGE