# Exhibit A

**APPEALS**
**JUN 1 1 2020**
**RECEIVED**

*LOUISE TRAUMA CENTER LLC*
1234 Mass Ave NW #1019
Washington DC 20005

USCIS FOIA/PA Appeals Office
150 Space Center Loop   Suite 500
Lee's Summit MO 64064-2139

June 2, 2020

FREEDOM OF INFORMATION ACT APPEAL
FOIA Request for Amara Akuoma Emuwa   **NRC 2020 054 812**

Dear Sir or Madam:

Louise Trauma Center LLC and the individual named above hereby appeal the decision made in your letter dated June 1, 2020.

**Your letter states: "We are withholding 37 pages in full."**
You are withholding pages in full, but you do not describe what the pages are. How can we appeal if we do not know what the pages are? You do not explain why you cannot describe the pages.

**The pages "contain no reasonably segregable portions..."**
Why can't you segregate anything out of the pages? How can we appeal if you do not explain your actions?

**USCIS sent 13 pages to ICE.**
What were those pages? Why were you compelled to send the pages away? This will cause a long delay for us. How can we appeal if we do not know what the pages are?

**"The following exemptions are applicable:"**
What exemptions apply to what documents? How can we appeal without this information?

**Documents "prepared in contemplation of litigation" "may" be held by us.**
Your letter suggests that some documents "may" be withheld because they were prepared in contemplation of litigation. Why do you say "may"? Don't you know? How can we appeal this determination?
What litigation are you referring to? How can we appeal without this information?

Page 1 of 3

**"confidential communications between attorney and client" "may" be held by us.**

Your letter suggests that some documents "may" be withheld because they are confidential communications. Why do you say "may"? Don't you know? How can we appeal this determination?

What communications are you referring to? Who is the attorney and who is the client? How can we appeal without this information?

**You did not explain why nothing could be segregated out of the withheld paragraphs of the assessment.**

You disclosed only 11 sentences from the assessment, which is three pages long. You withheld several paragraphs in full. Why can't you segregate anything out of those paragraphs? How can we appeal if you do not explain your actions?

**You did not disclose the entire assessment.**

The assessment is the final decision of the agency; you should disclose all of it. The agency will not suffer any harm if it is disclosed. *See Center for Investigative Reporting v. US Dep't of Justice,* 2020 U.S. Dist. LEXIS 61201 (D.D.C. April 7, 2020).

**Your letter does not mention the word "harm."**

At some later time, are you planning to claim that the agency will suffer harm? If you fear harm, you should inform us now. How can we appeal without this information?

**Your letter does not mention if you considered whether a partial disclosure of information was possible.**

You have withheld several full paragraphs from the assessment. Did you consider whether a partial disclosure from those paragraphs was possible? If you did so consider, why didn't you disclose some additional parts?

**You are engaging in a pattern and practice of violating the FOIA as indicated above.**

You are treating a large number of people the same way. These people are a "class." The class is so numerous that joinder is impracticable. There are questions of law or fact that are common. The claims of the representative parties are typical of the claims or defenses of the class. The representative parties will fairly and adequately protect the interests of the class.

You have acted or refused to act on grounds that apply generally to the class. Questions of law or fact common to class members predominate over any questions affecting only individual members.

Sincerely,

*[signature]*

Louise Trauma Center LLC
c/o Ella F. Cleveland
1234 Mass Ave NW #1019
Washington, DC 20005   [202] 821-6940

Page 3 of 3

1339 Mass Ave NW
#1015
Wash, DC 20005

USCIS FOIA/PA Appeals Office
150 Space Center Loop
Suite 500
Lee's Summit MO 64064-2139

Freedom of Information Act/FOIA Appeal