UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMARA EMUWA, et al., <br>                  Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br>                  Defendant. | Civil Action No. 20-1756 (TNM) |

PLAINTIFFS' MOTION TO EXTEND TIME TO FILE MOTION FOR CLASS CERTIFICATION

Local Civil Rule 23.1(b) requires a plaintiff who is seeking class certification to file a motion for that, within 90 days of the filing of the Complaint. Plaintiffs, Ms. Emuwa, et al, requests an extension of time to file that motion: plaintiffs request an extension of time to 30 days after the DHS motion for summary judgment is decided.

Undersigned counsel emailed counsel for defendant DHS, seeking her consent, but did not obtain it.

Dated: September 22, 2020

Washington, DC

                                        Respectfully Submitted,

                                        Attorney for Plaintiffs

                                        /s/ *David L. Cleveland*
                                        David L. Cleveland
                                        DC Bar # 424209
                                        1220 L Street NW #100
                                        Washington, DC 20005
                                        [202] 812-8684
                                        &lt;1949.david@gmail.com&gt;

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMARA EMUWA, et al., ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 20-1756 (TNM) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HOMELAND SECURITY, ) | |
| ) | |
| Defendant. ) | |

[PROPOSED] ORDER

Upon consideration of plaintiffs'' motion to extend time, and of any opposition thereto, it is

ORDERED: the motion s granted; and it is

FURTHER ORDERED: plaintiffs shall file their motion for class certification within 30 days of the Court's ruling on the DHS motion for summary judgment.

Dated: _____     _____
U.S. District Court Judge