# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMARA EMUWA,** *et. al*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **U.S. DEPARTMENT OF HOMELAND SECURITY,** ) <br> ) <br> Defendant. ) | Civil Action No. 20-1756 (TNM) |

## [PROPOSED] ORDER

Upon consideration of Defendant's motion for summary judgment and the memoranda in support thereof and in opposition thereto, it is hereby **ORDERED** that the motion is GRANTED.

It is further **ORDERED** that judgment is awarded to Defendant on all claims in Plaintiffs' complaint.

Dated: _____ _____
The Honorable Trevor N. McFadden
United States District Judge