UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| AMARA EMUWA, ET AL, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 20-1756 (TNM) |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | ) ) ) ) | |
| Defendant. | ) ) | |

### AMARA EMUWA'S STATEMENT OF FACTS AS TO WHICH THERE IS NO GENUINE ISSUE

1.   Plaintiff Amara Emuwa requested her entire assessment; she was given the first several paragraphs, but nothing else. She was not given the sources relied upon in the assessment.  *See* Defendant's Statement of Material Facts as To Which there is no Issue, ¶s 1-5. [DHS sets forth its "Statement of Material Facts as to Which There is No Issue" at page 3 of 41, of EFC No. 14.]

2.   Plaintiff Michaux Lukusa requested his entire assessment; he was given the first several paragraphs, but nothing else. He was not given the sources relied upon in the assessment.  *Id.* at ¶s 6-11

3.   Plaintiff Mohammed AlQaraghuli requested his entire assessment; he was given the first several paragraphs, but nothing else. He was not given the sources relied upon in the assessment.  *Id.* at ¶s 12-14

4.   Plaintiff FNU Alantanhua requested her entire assessment; she was given the first several paragraphs, but nothing else. She was not given the sources relied upon

1

in the assessment. *Id.* at ¶s 16-20.

5. From 1998-2005, DHS routinely released entire assessments to FOIA requesters. ECF No. 15-2, Attachment A, Declaration of David Cleveland, ¶ 2.

6. DHS changed this policy in 2005, without explanation. *Id.* at ¶ 3.

7. The asylum officer is the person who creates the Referral Notice, by checking boxes on a computer. *Id.* at ¶ 4.

8. Jill Eggleston's explanations as why assessments are privileged have changed over time. Compare: ECF No. 15-7; No. 15-8, and 14-2.

9. The documents behind ECF No. 15-4, Attachment C, are documents given to asylum officers, and were introduced into evidence in other cases.

10. The documents behind Attachment D are pages from the Affirmative Asylum Procedures Manual. ECF No. 15-5.

11. Exhibit 6, attached to the complaint, includes a Declaration from David Cleveland and the relevant training materials used before the FOIA was amended in 2016. ECF No. 1-6.

12. The "relevant training materials" referenced above were also used by DHS after the FOIA was amended in 2016. ECF No. 1-6.

13. DHS did not significantly amend its training materials after the FOIA was amended in 2016. ECF No. 1-6.

Date: October 29, 2020.

/s/ *David L. Cleveland*
David L. Cleveland