UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMARA EMUWA, ET AL, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 20-1756 (TNM) |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | ) ) ) ) | |
| Defendant. | ) ) | |

### NOTICE OF ERRATA

On November 6, 2020, plaintiffs filed ECF #17, Memorandum of Points and Authorities. On November 6, 2020, the Court ordered plaintiffs to re-file that document, with personal information redacted. Accordingly, attached hereto is a revised Memorandum of Points and Authorities.

Plaintiffs have redacted information about other asylum applicants, that is found in Attachment A and in Attachment B.

Dated: November 8, 2020

Respectfully Submitted,

*s/ David L. Cleveland*
David L. Cleveland
Attorney for Plaintiffs
DC Bar # 424209
1220 L Street NW #100
Washington, DC 20005
[202] 812-8684   <1949.david@gmail.com>

1