# Attachment C

# EXHIBIT 1-a

Case 1:20-cv-01756-TNM   Document 18-5   Filed 11/08/20   Page 3 of 7
Case 1:18-cv-01238   Document 1-2   Filed 05/29/18   Page 2 of 4
Case 1:15-cv-00459-RBW   Document 86-6   Filed 08/03/17   Page 2 of 21

# Decision Writing I - Overview
# BACKGROUND



- Assessments and Notices of Intent to Deny (NOIDs) are legal documents that explain the basis for Asylum Officers' decisions in asylum cases.

- Decision writing has been streamlined and Asylum Officers use standardized templates from the Affirmative Asylum Procedures Manual (AAPM) accessible on the ECN Asylum Division page and on local asylum office Share Drives

Case 1:20-cv-01756-TNM   Document 18-5   Filed 11/08/20   Page 4 of 7
Case 1:18-cv-01238   Document 1-2   Filed 05/29/18   Page 4 of 4
Case 1:15-cv-00459-RBW   Document 86-6   Filed 08/03/17   Page 5 of 21

# Components of an Assessment / NOID



A. Biographic / entry information

B. Basis of claim

C. Analysis of Prohibitions Against Filing for Asylum

D. Summary of Testimony

E. Credibility Determination/Evidence Assessment

F. Focused Legal analysis

G. Decision

Case 1:20-cv-01756-TNM   Document 18-5   Filed 11/08/20   Page 5 of 7
Case 1:18-cv-01238   Document 1-2   Filed 05/29/18   Page 3 of 4
Case 1:15-cv-00459-RBW   Document 86-6   Filed 08/03/17   Page 4 of 21

# Assessments and NOIDs - Who has Access?

1. The applicant and his or her attorney or legal representative (NOIDs and FOIA requests)
2. Asylum Office staff
3. Headquarters staff
4. ICE Associate Chief Counsel (ACC)
5. BIA and Federal Courts
6. Bureau of Democracy, Human Rights, and Labor (DRL) of the Department of State—issues Advisory Opinions.
7. Certain government officials or contractors as indicated in 8 C.F.R. §208.6
8. Members of Congress and Congressional Liaisons may also have access.

NOID must specifically address all reasons the applicant would not establish eligibility for asylum.

7. Written in the second person (referencing "you").

## IV. COMPONENTS OF AN ASSESSMENT AND A NOID

The contents of assessments and NOIDs can be divided into the following basic components:

i. **Biographic/Entry or Arrival/Immigration Status Information**

ii. **Basis of Claim**

iii. **Analysis of Prohibitions Against Filing for Asylum**

iv. **Summary of Testimony**

v. **Analysis of Credibility/Evidence Assessment**

vi. **Focused Legal Analysis**

vii. **Analysis of Bars/Discretionary Factors**

viii. **Decision**

The above-listed components are expanded upon below.

### A. Biographic/Entry or Arrival/Immigration Status Information

1. Includes:

    a. Age of applicant

    b. Applicant's gender

    c. Country of which applicant is a native and country or countries of applicant's citizenship (or, whether applicant is stateless)

    d. Date and place of entry into the United States

    e. Manner of entry

    f. Limited information concerning applicant's immigration status

include the following:

1. The applicant and his or her attorney or legal representative are sent copies of the NOID. Under some circumstances the assessment may be released to the applicant or his or her attorney/legal representative if a Freedom of Information Act (FOIA) request is submitted to obtain a copy of an assessment (and other information in the file).

2. Certain Asylum Office staff review assessments and NOIDs.

    Supervisory asylum officers routinely review all assessments and NOIDs. Certain other Asylum Office staff, such as the Training Officer(s), Deputy Director, and Director, may also review assessments and NOIDs. In addition, other asylum officers may review files of cases in which the interviewing officer could not complete the case or, in certain instances, if there is a need to reinterview the applicant.

3. The Headquarters Asylum Division Training and Quality Assurance Branch staff reviews assessments and NOIDs from certain categories of cases where HQ review is required or requested.

    *See Affirmative Asylum Procedures Manual*

4. ICE Assistant Chief Counsels read certain assessments and NOIDs. (In some cases, the Assistant Chief Counsel may enter an assessment or NOID into the record, which means that the immigration judge and others would also review these documents.)

    Note that asylum officers may be required to testify in immigration court as to the content of interviews and/or their reasoning for reaching particular decisions.

5. The Board of Immigration Appeals (BIA) and federal courts review certain assessments and NOIDs.

6. The Bureau of Democracy, Human Rights, and Labor (DRL) of the Department of State gives advisory opinions on certain claims.

7. Certain government officials (*e.g.*, FBI or other law enforcement agencies) or contractors as indicated in 8 C.F.R. §208.6(c) may have access to particular files.

    8 C.F.R. § 208.6(c)

8. Members of Congress who receive inquiries from applicants may have access to the assessments and NOIDs in the applicants' files. The Congressional liaisons who are responsible for responding to Congressional requests

    Note that the provisions of *The Privacy Act of 1974 (5 U.S.C. § 552a)* would require that Members of Congress or their staff obtain