# Attachment E

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMARA EMUWA, et. al,                :

Plaintiffs

v.                                  :        Civil Action No. 20-cv- 1756 (TNM)

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY

Defendant                           :

**PLAINTIFFS' FIRST INTERROGATORIES TO DEFENDANT DHS**

The Fifth Cause of Action in the Complaint is "Negligent and Inadequate Training." Pursuant to Civil Rule 33, plaintiffs hereby propound these Interrogatories to DHS. Please answer in 30 days.

1. Concerning paragraph 12 of the Complaint, "DHS suffers no harm after a Record of Determination is disclosed," is there a DHS employee who has personal knowledge as to the truth or falsity of this statement?

    A] if so, state his name and business address

    B] do you claim that Jill Eggleston has any personal knowledge of truth or falsity of this statement?

2. Concerning paragraph 15 of the Complaint, "DHS suffers no harm after a Notice of Intent to Deny is disclosed," is there a DHS employee who has personal knowledge as to the truth or falsity of this statement?

    A] if so, state his name and business address

1

B] do you claim that Jill Eggleston has any personal knowledge of truth or falsity of this statement?

3. Concerning paragraph 21 of the Complaint, "DHS suffers no harm after an Assessment to Grant is disclosed," is there a DHS employee who has personal knowledge as to the truth or falsity of this statement?

A] if so, state his name and business address

B] do you claim that Jill Eggleston has any personal knowledge of truth or falsity of this statement?

4. Concerning paragraph 24 of the Complaint, "DHS suffers no harm after an Assessment to Refer is disclosed," is there a DHS employee who has personal knowledge as to the truth or falsity of this statement?

A] if so, state his name and business address

B] do you claim that Jill Eggleston has any personal knowledge of truth or falsity of this statement?

5. Concerning paragraph 59 of the Complaint, "Only one person at the asylum office is involved in the creation of the Referral Notice: the asylum officer. The officer creates this Notice, sitting at his own desk, at his computer. No one else at USCIS is involved," is there a DHS employee who has personal knowledge as to the truth or falsity of this statement?

A] if so, state his name and business address

B] do you claim that Jill Eggleston has any personal knowledge of truth or falsity of this statement?

6. Concerning paragraph 96 of the Complaint, "During the time period 1998- 2005, the DHS routinely disclosed Assessments to FOIA requesters. During this time period, the DHS suffered no harm," is there a DHS employee who has personal knowledge as to the truth or falsity of this statement?

A] if so, state his name and business address

B] do you claim that Jill Eggleston has any personal knowledge of truth or falsity of this statement?

7. Concerning paragraph 97 of the Complaint, "During the time period DHS did not conduct any studies or analyses concerning the effect of these disclosures" is there a DHS employee who has personal knowledge as to the truth or falsity of this statement?

A] if so, state his name and business address

B] do you claim that Jill Eggleston has any personal knowledge of truth or falsity of this statement?

8. Concerning paragraph 132 of the Complaint, "From 2006 to the present, the DHS has instructed asylum officers that the applicant may later read his entire Assessment. During this time period, asylum officers had no expectation of privacy, concerning Assessments" is there a DHS employee who has personal knowledge as to the truth or falsity of this statement?

A] if so, state his name and business address

B] do you claim that Jill Eggleston has any personal knowledge of truth or falsity of this statement?

9. Concerning paragraph 141 of the Complaint, "The DHS publishes an Affirmative Asylum Procedures Manual, available online. It states: "Nevertheless the Asylum Officer's Assessment may be disclosed to the applicant in response to a FOIA request."" is there a DHS employee who has personal knowledge as to the truth or falsity of this statement?

A] if so, state his name and business address

B] do you claim that Jill Eggleston has any personal knowledge of truth or falsity of this statement?

Respectfully submitted,

Attorney for Plaintiffs

/s/ *David L. Cleveland*
David L. Cleveland
DC Bar # 424209
1220 L Street NW #100
Washington, DC 20005
[202] 812-8684    1949.david@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, I emailed a copy of these Interrogatories to counsel for DHS.

August 3, 2020

/*David L. Cleveland*
David L. Cleveland