UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMARA EMUWA, et al., ) <br> Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> UNITED STATES DEPARTMENT OF ) <br> HOMELAND SECURITY, ) <br>  ) <br> Defendant. ) | Civil Action No. 20-1756 (TNM) |

PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY

DHS filed a "Notice of Supplemental Authority," ECF # 21, citing a recently-decided case, and making new arguments. Plaintiffs should be allowed to respond to the DHS submission. Plaintiffs are also aware of other recent cases; this is "relevant information to the disposition of this case," so a sur-reply should be allowed. *Anghel v. New York State Dept. of Health,* 947 F. Supp. 2d 24, 293 (E. D. N. Y. 2013). These circumstances show "good cause."

Where a party shows "good cause," a surreply or supplement will be allowed. *Stanford v. Potomac Electric Power,* 394 F. Supp. 2d 81, 87 (D.D.C. 2005) When one party makes new arguments, the other party should be allowed to file a sur-reply brief to respond. *Engineering & Mfg. Services, LLC v. Ashton,* 387 Fed. Appx. 575 (6th Cir. 2010).

 Undersigned counsel asked counsel for DHS to consent to this motion, but she declined.

A copy of the proposed Sur Reply is attached hereto.

A proposed Order is attached hereto.

Dated: May 31, 2021
Washington, DC

Respectfully Submitted,

Attorney for Plaintiffs

/s/ *David L. Cleveland*
David L. Cleveland
DC Bar # 424209
1220 L Street NW #100
Washington, DC 20005
[202] 812-8684
<1949.david@gmail.com>

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMARA EMUWA, et al.,<br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY,<br><br>    Defendant. | Civil Action No. 20-1756 (TNM) |

[PROPOSED] ORDER

Upon consideration of plaintiffs' motion for leave to file sur-reply, it is

ORDERED: the motion s granted

Dated: _____        _____
                U.S. District Court Judge