**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

<table>
<tr><td>

**AMARA EMUWA, *et al.*,**

           Plaintiffs,

           v.

**U.S. DEPARTMENT OF HOMELAND SECURITY**,

           Defendant.

</td><td>

Case No. 1:20-cv-01756 (TNM)

</td></tr>
</table>

## ORDER

Upon consideration of the parties' cross-motions for summary judgment, the pleadings, relevant law, related legal memoranda in opposition and support, and the entire record, for the reasons set forth in the accompanying Memorandum Opinion it is hereby

**ORDERED** that Defendant's [14] Motion for Summary Judgment is GRANTED; it is further

**ORDERED** that Plaintiffs' [16] Cross-Motion for Summary Judgment is DENIED; it is further

**ORDERED** that Plaintiffs' [13] Motion for Class Certification is DENIED as moot; it is further

**ORDERED** that Plaintiffs' [22] Motion for Leave to File a Sur-reply is GRANTED insofar as Plaintiffs' sur-reply pertains to *U.S. Fish & Wildlife Service v. Sierra Club, Inc.*, 141 S. Ct. 777 (2021), but is otherwise DENIED.

**SO ORDERED**.

The Clerk of Court is directed to close this case.  This is a final, appealable Order.


Dated: June 3, 2021                                    _____

                                                       TREVOR N. McFADDEN, U.S.D.J.