UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMARA EMUWA, et al,
              Plaintiff

vs.                                         Civil Action No. 20-01756

U.S. Department of Homeland Security
              Defendant

## NOTICE OF APPEAL

Notice is hereby given this   10   day of   June   , 20 21 , that

plaintffs, Amara Emuwa, et al,l

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the   3   day of   June   , 20 21

in  favor of   defendant

against said   plaintiffs

                                            David L. Cleveland
                                         Attorney or Pro Se Litigant
                                         1220 L Street NW #100
                                         Washington DC 20005
                                         [202] 812- 8684

                                            Address and Phone Number

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**  Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Kristen Brudy-Everett
Assistant U.S. Attorney
555 4th St NW
Wash DC 20530