# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 21-5131**                                                **September Term, 2021**

1:20-cv-01756-TNM

**Filed On:** November 12, 2021

Amara Emuwa, et al.,

      Appellants

  v.

United States Department of Homeland Security,

      Appellee

      **BEFORE:**    Rao and Walker, Circuit Judges, and Sentelle, Senior Circuit Judge

### O R D E R

Upon consideration of the consent motion to remand and the corrected motion for summary reversal, it is

**ORDERED** that this case be remanded to the district court for further proceedings in light of <u>Reps. Comm. for Freedom of the Press v. Fed. Bureau of Investigation</u>, 3 F.4th 350 (D.C. Cir. 2021).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to issue the mandate forthwith to the district court.

### Per Curiam

                                              **FOR THE COURT:**
                                              Mark J. Langer, Clerk

                              BY:    /s/
                                              Amy Yacisin
                                              Deputy Clerk