# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMARA EMUWA, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF HOMELAND ) <br> SECURITY, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 20-1756 (TNM) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Defendant requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Derek S. Hammond as counsel for defendant in the above-captioned case, substituting for AUSA Kristin Brudy-Everett.

Dated: December 1, 2021
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: *Derek S. Hammond*
DEREK S. HAMMOND,
D.C. Bar # 1017784
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2511

*Attorneys for the United States of America*