UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMARA EMUWA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 20-1756 (TNM) |
| | ) | |
| DEPARTMENT OF HOMELAND SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT PROPOSED BRIEFING SCHEDULE**

On November 12, 2021, the U.S. Court of Appeals for the District of Columbia Circuit ordered that this case be remanded for further proceedings in light of *Reporters Committee for Freedom of the Press v. Federal Bureau of Investigation*, 3 F.4th 350 (D.C. Cir. 2021). Pursuant to this Court's November 12, 2021, Minute Order, the parties propose the following briefing schedule:

| | |
|---|---|
| Defendant's Supplemental Brief: | January 17, 2022 |
| Plaintiffs' Response: | January 31, 2022 |
| Defendant's Reply: | February 14, 2022 |

A proposed order is attached

\*      \*      \*

- 2 -

Dated: December 1, 2021
       Washington, DC

                                                    Respectfully submitted,

 Attorney for Plaintiffs                            MATTHEW M. GRAVES, D.C. Bar #481052
                                                    United States Attorney
*/s/ David L. Cleveland (with consent)*
David L. Cleveland                                  BRIAN P. HUDAK
DC Bar # 424209                                     Acting Chief, Civil Division
1220 L Street NW #100
Washington, DC 20005                                By:          */s/ Derek S. Hammond*
[202] 812-8684                                         DEREK S. HAMMOND
<1949.david@gmail.com>                                 D.C. Bar # 1017784
                                                       Assistant United States Attorney
                                                       555 Fourth Street, NW
                                                       Washington, DC 20530
                                                       202-252-2511
                                                       Derek.Hammond@usdoj.gov

                                                    *Attorneys for the United States of America*

- 2 -