UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMARA EMUWA, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DEPARTMENT OF HOMELAND )<br>SECURITY, )<br>)<br>Defendant. )<br>) | Civil Action No. 20-1756 (TNM) |

## **[PROPOSED] ORDER**

Upon consideration of the parties Joint Proposed Briefing Schedule, it is hereby ORDERED that Defendant shall submit a supplemental brief on or before January 17, 2022; Plaintiffs shall submit a response on or before January 31, 2022; and Defendant shall submit a reply on or before February 14, 2022.

SO ORDERED

Dated: _____

TREVOR N. MCFADDEN
United States District Judge