UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| AMARA EMUWA, ET AL, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 20-1756 (TNM) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HOMELAND SECURITY, ) | |
| ) | |
| Defendant. ) | |

**Declaration of David Cleveland dated January 24, 2022**

I am David Cleveland, counsel for plaintiffs in this case.

1. I was also counsel for Mr. Kapende, an asylum applicant who requested his asylum office assessment, via a FOIA request.

2. DHS, through a declaration from Jill Eggleston, told the district court that release of the entire assessment would cause harm to DHS, and the court agreed: *Kapende v. DHS,* 2019 WL 1359285 D.D.C. Mar. 26, 2019.

3. Kapende appealed that decision to the D.C. Circuit, and filed a brief. In January 2020, DHS released the entire assessment to Kapende; a copy is attached hereto as Exhibit A. So, the D.C. Circuit ruled that case was moot and dismissed the appeal. The D.C. Circuit also vacated the 2019 district court decision. *Kapende v. DHS,* 2020 WL 2610873 (D.C. Cir. April 17, 2020).

4. The asylum office assessment for Mr. Kapende, dated 6/12/17, attached as Exhibit A, recites the testimony of Mr. Kapende: in essence, "I was kidnapped and beaten by five

1

individuals who spoke Swahili." The assessment then mentions *Guidelines for Children's Asylum Claims*. The assessment then mentions several published cases. The assessment mentions the "visa application" of Mr. Kapende at the end.

=

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on the date stated in the above caption.

   */s/ David L. Cleveland*

   David L. Cleveland