UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMARA EMUWA, ET AL, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 20-1756 (TNM) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HOMELAND SECURITY, ) | |
| ) | |
| Defendant. ) | |

**Declaration of David Cleveland dated January 25, 2022**

I am David Cleveland, counsel for plaintiffs in this case.

1. I was also counsel for the Louise Trauma Center, LLC, which filed a FOIA request for an asylum applicant from Sierra Leone. US-CIS gave the number APP 2021 001 180 to that request.

2. US CIS released an assessment dated January 22, 2021, attached hereto as Exhibit B. That assessment cites these sources: www.28toomany.org and www. ecoi/net/en.

=

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on the date stated in the above caption.

   */s/ David L. Cleveland*

   David L. Cleveland

1