UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMARA EMUWA,** *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY**,<br><br>　　　　　　Defendant. | Case No. 1:20-cv-01756 (TNM) |

## ORDER

Upon consideration of the pleadings, relevant law, related legal memoranda in opposition and support, and the entire record, for the reasons set forth in the accompanying Memorandum Opinions it is hereby

**ORDERED** that Defendant's [14] Motion for Summary Judgment is GRANTED and Plaintiffs' [16] Motion for Summary Judgment is DENIED.

**SO ORDERED**.

This is a final, appealable Order. The Clerk of Court is requested to close this case.

Dated: May 9, 2022

TREVOR N. McFADDEN, U.S.D.J.