# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AMARA EMUWA, et al
                    Plaintiff

vs.                                    Civil Action No. 20-01756

U.S. Dep't of Homeland Security
                    Defendant

## NOTICE OF APPEAL

Notice is hereby given this  25  day of  May , 20 22 , that plaintiffs, Amara Emuwa, et al., hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the  9  day of  May , 20 22  in favor of  defendant  against said  plaintiffs

David L. Cleveland
Attorney or Pro Se Litigant
1220 L Street NW #100
Washington DC 20005
[202] 812-8684

Address and Phone Number

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**  Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Derek Hammond, AUSA
555 4th Street NW
Washington DC 20530