# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 22-5153**  **September Term, 2024**

**1:20-cv-01756-TNM**

**Filed On: October 28, 2024** [2082286]

Amara Emuwa, et al.,

      Appellants

  v.

United States Department of Homeland Security,

      Appellee

## M A N D A T E

In accordance with the judgment of September 3, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                            **FOR THE COURT:**
                                            Mark J. Langer, Clerk

                          BY:    /s/
                                      Daniel J. Reidy
                                      Deputy Clerk

Link to the judgment filed September 3, 2024