# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 22-5153              September Term, 2024

FILED ON: SEPTEMBER 3, 2024

AMARA EMUWA, ET AL.,
        APPELLANTS

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY,
        APPELLEE

Appeal from the United States District Court
for the District of Columbia
(No. 1:20-cv-01756)

Before: KATSAS, CHILDS, and PAN, *Circuit Judges*

### J U D G M E N T

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the summary judgment for the Department of Homeland Security be affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

                                               **FOR THE COURT:**
                                               Mark J. Langer, Clerk

                               BY:      /s/

                                               Daniel J. Reidy
                                               Deputy Clerk

Date: September 3, 2024

Opinion for the court filed by Circuit Judge Katsas.